# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-413

**Caption [use short title]**

**Motion for:** remote Oral Argument on 5/31/2023

**Set forth below precise, complete statement of relief sought:**

Defendants-Appellants request remote Oral Argument for Attorney Pietro Lynn on 5/31/2023

Mabior Jok v. City of Burlington, Vermont, et al.

**MOVING PARTY:** Joseph Corrow, City of Burlington and Brandon del Pozo
**OPPOSING PARTY:** Mabior Jok

☐ Plaintiff  ☑ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Pietro J. Lynn
**OPPOSING ATTORNEY:** Robb A. Spensely

[name of attorney, with firm, address, phone number and e-mail]

Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400, Burlington, VT 05401
802-860-1500; plynn@lynnlawvt.com

Chadwick & Spensely, PLLC
3232 VT RT 7, Pittsford, VT 05763
802-725-8318; robb@chadwicklawvt.com

**Court- Judge/ Agency appealed from:** District of Vermont/Hon. William K. Sessions

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 05/31/2023

**Signature of Moving Attorney:**

/s/ Pietro J. Lynn   **Date:** 05/17/2022   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| MABIOR JOK | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Docket No. 22-413 |
| | ) | |
| CITY OF BURLINGTON, VERMONT, *et al.*, | ) ) ) | |
| | ) | |
| Defendants-Appellants. | ) | |

### DEFENDANTS-APPELLANTS' CONSENTED MOTION FOR DEFENDANT-APPELLANT TO APPEAR REMOTELY AT ORAL ARGUMENT

Defendants-Appellants Officer Joseph Corrow, City of Burlington, Vermont, and Brandon del Pozo, through their undersigned counsel, pursuant to Fed. R. App. P. 26(a), and with the consent of Plaintiff-Appellee, respectfully move the Court to allow the undersigned to appear remotely at the hearing scheduled for Wednesday, May 31, 2023, by Zoom on due to pandemic-related conditions.

Good cause exists for this request due to pandemic-related conditions. The undersigned attorney resides in Shelburne, Vermont, and would need to travel to New York to appear in person for oral argument. During previous travels, the undersigned has contracted COVID-19 and experienced severe illness as a result. The undersigned respectfully requests that he be permitted to appear remotely so as

1

to mitigate the risk of again contracting COVID-19 given the severity of his prior response to the illness.

Pursuant to Local Rule 27.1(b), Defendants-Appellants state that: (1) they notified Attorney Robb Spensley, counsel for Plaintiff-Appellee Mabior Jok, of their intent to file this Motion; (2) Attorney Spensley does not oppose the relief requested herein; and (3) Attorney Spensley does not intend to file a response to this Motion.

Wherefore, Defendants-Appellants respectfully request that the undersigned be permitted to appear remotely at oral argument on May 31, 2023.

Date: May 17, 2023

        Respectfully submitted,

        JOSEPH CORROW, CITY OF BURLINGTON, VERMONT, AND BRANDON DEL POZO

By: */s/ Pietro J. Lynn*
Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Counsel for Defendants-Appellants*
76 St. Paul St., Suite 400
Burlington, VT 05401
(802) 860-1500
plynn@lynnlawvt.com

2